IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CASE NO. 12-4266 |
| ) | |
| JAMES LESPIER               ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX**

NOW COMES James Lespier, by and through the undersigned, with the consent of the government, and moves this Court to extend the time for filing his brief and the joint appendix for thirty (30) days, to and including 27 October 2012. In support of this motion, Mr. Lespier shows the following:

1. This case is an appeal from a conviction for murder and other crimes and the imposition of two, consecutive life sentences. Mr. Lespier timely appealed. The brief and joint appendix are due to be filed on 27 September 2012, having once been extended by this Court.

2. The undersigned was involved in the filing of multiple amended motions for appropriate relief under the North Carolina Racial Justice Act on behalf of twelve (12) inmates on death row that he filed on 31 August 2012. He filed a petition for

rehearing in *United States v. Powell* in this Court on 4 September 2012. He filed a brief in this Court in *United States v. Faison* on 14 September 2012. He just completed a lengthy hearing in *United States v. MacDonald* on 25 September 2012. He has been unable to read the transcript in this case and prepare the brief. Under these circumstances, he needs an extension of thirty days, to 27 October 29012.

3. The undersigned has consulted with opposing counsel, Assistant United States Attorney Amy E. Ray, who has no opposition to this requested extension of time.

4. The interests of justice will best be served by extending the time for filing the appellant's brief for thirty days, to 27 October 2012. This extension of time will not delay this Court's orderly disposition of this appeal.

WHEREFORE, James Lespier respectfully requests that this Court extend the time for filing his brief until 27 October 2012.

RESPECTFULLY submitted this the 27th day of September, 2012.

                                                              s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
(919) 967-4900
mgwidenhouse@RWF-law.com

2

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of September, 2012, I caused this Motion for Extension of Time to File Appellant's Brief and Joint Appendix be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Amy E. Ray
Don Gast
Assistant United States Attorneys

                                                s/ M. Gordon Widenhouse, Jr.
                                                M. Gordon Widenhouse, Jr.